**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6510**

LENNELL HOLLOMAN,

                    Plaintiff – Appellant,

          v.

JUDGE BROWN, Judge,

                    Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:09-cv-00020-RBS-TEM)

Submitted:  August 26, 2009      Decided:  September 24, 2009

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lennell Holloman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lennell Holloman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Holloman v. Brown, No. 2:09-cv-00020-RBS-TEM (E.D. Va. filed Jan. 21, 2009; entered Jan. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED